THIS ORDER IS
APPROVED.

# TIFFANY & BOSCO P.A.

**Dated: November 23, 2009**

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

_____
**JAMES M. MARLAR**
**Chief Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-24684/41181173

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

IN RE:

Donald L. Alexander
          Debtor.
_____

HSBC Bank USA, National Association, As
Indenture Trustee For The Benefit of People's
Choice Home Loan Securities Trust Series 2005-4
          Movant,

        vs.

Donald L. Alexander, Debtor, Dianne C. Kerns,
Trustee.

          Respondents.

No. 4:09-bk-19534-JMM

Chapter 13

ORDER

(Related to Docket #25)

      Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed

Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any,

and no objection having been received, and good cause appearing therefore,

      IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated September 21, 2005 and recorded in the office of the Maricopa County Recorder wherein HSBC Bank USA, National Association, As Indenture Trustee For The Benefit of People's Choice Home Loan Securities Trust Series 2005·4 is the current beneficiary and Donald L. Alexander has an interest in, further described as:

> LOT 150, OF JOHNSON RANCH UNIT 15, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF PINAL COUNTY, ARIZONA, RECORDED IN CABINET D, SLIDE 35;

> EXCEPT ALL OIL, GAS, OTHER HYDROCARBON SUBSTANCES, HELIUM, OR OTHER SUBSTANCES OF A GASEOUS NATURE, COAL, METALS, MINERALS, FOSSILS, FERTILIZER OF EVERY NAME AND DESCRIPTION, URANIUM, THORIUM OR ANY OTHER MATERIAL WHICH IS OR MAY BE DETERMINED TO PECULIARLY ESSENTIAL TO THE PRODUCTION OF FISSIONABLE MATERIALS WHETHER OR NOT OF COMMERCIAL VALUE AS SET FORTH IN ARIZONA REVISED STATUTES

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____day of _____, 2009.


_____
JUDGE OF THE U.S. BANKRUPTCY COURT